IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEVON FRED MORELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:12cv-961-WHA |
| | ) |
| SHERIFF SID LOCKHART, | )      (WO) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #34), entered on December 17, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  Defendant's Motions to Dismiss (Docs. # 19, #31, and #32) are GRANTED to the extent Defendant seeks dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy available to him at the Chambers County Jail prior to initiating this cause of action.

2.  This case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a) for Plaintiff's failure to properly exhaust an administrative remedy available to him at the Chambers County Jail.

3.  No costs are taxed.

DONE this 12th day of January, 2016.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE