IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEVON FRED MORELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:12-cv-961-WHA |
| | ) | |
| SHERIFF SID LOCKHART, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant, and against the Plaintiff, and this case is DISMISSED with prejudice under 42 U.S.C. § 1997e(a). No costs are taxed.

DONE this 12th day of January, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE